## White v. Rose.

APPEAL from the *Laporte* Common Pleas.

*Per Curiam.*—In this case there was no motion for a new trial; nor does the record show any proper exception to the rulings of the Court. No question is, therefore, properly before us.

The judgment is affirmed, with 3 per cent. damages and costs.

J. B. *Niles*, for the appellant.